IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTIN CRUZ GOMEZ,

        Plaintiff,          Case No. 24-cv-1688 JPG

v.

111 SALVAGE, LLC,

        Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/17/2024**          **MONICA A. STUMP, Clerk of Court**

                                           **s/ Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**